UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| KEITH ALAN LUDLUM, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED FOOD & COMMERCIAL ) <br> WORKERS INTERNATIONAL UNION, ) <br> ANTHONY M. PERRONE, and ALVIN ) <br> VINCENT, JR. ) <br> Defendants. ) | **JUDGMENT** <br><br> No. 7:18-CV-90-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion to dismiss plaintiff's complaint for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 19, 2019, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is GRANTED.

**This Judgment Filed and Entered on April 19, 2019, and Copies To:**
Keith Alan Ludlum (via US mail) 8394 NC 131 Hwy, Bladenboro, NC 28320
Narendra K. Ghosh / Peter J. Ford / Paul E. Smith (via CM/ECF Notice of Electronic Filing)


April 19, 2019                              PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk